# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GERMAN ARNULFO CRUZ HERNANDEZ, ET AL.,<br><br>  Defendants. | Case: CR 19-00117-ODW-16, 20<br><br>**ORDER SEVERING DEFENDANTS MENDEZ AND LINARES AND CONTINUING THEIR TRIAL TO JUNE 6, 2023**<br><br>Trial Date: March 28, 2023<br>Proposed Date: June 6, 2023<br>Courtroom: 5D<br>Hon. Otis D. Wright II |

The Court has read and considered the parties' stipulation requesting that the trial of defendants Edwin Isaac Mendez and Steven Linares be severed from that of their co-defendants and that it be continued to June 6, 2023;

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Stipulation of the parties is accepted.

2. The trial of defendants Edwin I. Mendez[16] and Steven Linares[20] is severed from that of their co-defendants pursuant to Fed. R. Crim. P. 14(a).

3. The trial of the severed matter shall be continued to June 6, 2023;

4. The time period of March 28, 2023 to June 5, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv), and (h)(6).

5. Defendants Edwin I. Mendez and Steven Linares shall appear for trial

in Courtroom 5D of the Federal Courthouse, 350 West 1st Street, Los Angeles, California on **June 6, 2023 at 9:00 a.m.**

6. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

Dated: February 6, 2023

_____
HON. OTIS D. WRIGHT II
United States District Judge