# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended _____)

| | |
|---|---|
| Case No.  CR 19-00117-ODW-16 | Date  December 4, 2023 |

Present: The Honorable  OTIS D. WRIGHT, II

| Sheila English | Court Smart | Joanna M Curtis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 16)- Edwin Isaac Mendez | X | ☐ | 16)- Charles Peter Diamond | ☐ | ☐ | X | Spanish interpret: Jesus Rivera |

**PROCEEDINGS:**  **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ☐ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
____ Imprisonment for  Years/months  on each of counts
      Count(s) _____  concurrent/consecutive to count(s) _____
      Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
      consecutive/concurrent to count(s) _____
      under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  ____ Perform _____ hours of community service.
  ____ Serve _____ in a CCC/CTC.
  ____ Pay $_____ fine amounts & times determined by P/O.
  ____ Make $_____ restitution in amounts & times determined by P/O.
  ____ Participate in a program for treatment of narcotic/alcohol addiction.
  ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $_____ per count, special assessment to the United States for a total of $_____
____ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.   ____ Processed statement of reasons.
____ Bond exonerated _____ upon surrender   ____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release   # _____
____ Present bond to continue as bond on appeal.   ____ Appeal bond set at  $_____
____ Filed and distributed judgment. ENTERED.
**X** Other  The parties and the defendant addresses the Court.

                                                                              1 : 27
                                                    Initials of Deputy Clerk _____

cc: